# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 23-3198**　　　　　　　　　　　　　**September Term, 2024**

1:21-cr-00719-JEB-1
1:21-cr-00719-JEB-2

**Filed On: September 4, 2024** [2073121]

United States of America,

　　　　Appellee

　　v.

Cynthia Ballenger,

　　　　Appellant

------------------------------

Consolidated with 23-3199

## O R D E R

　　It is **ORDERED**, on the court's own motion, that the following times are allotted for the oral argument of these cases scheduled for September 16, 2024, at 9:30 A.M.:

　　　　Appellants　　　-　　　10 Minutes

　　　　Appellee　　　-　　　10 Minutes

　　One counsel per side to argue. The panel considering these cases will consist of Chief Judge Srinivasan, Circuit Judge Rao, and Senior Circuit Judge Ginsburg.

　　Form 72, which may be accessed through the link on this order, must be completed and returned to the Clerk's Office by September 6, 2024.

### Per Curiam

　　　　　　　　　　**FOR THE COURT:**
　　　　　　　　　　Mark J. Langer, Clerk

　　　　　　BY:　　/s/
　　　　　　　　　　Michael C. McGrail
　　　　　　　　　　Deputy Clerk

The following forms and notices are available on the Court's website:

Notification to the Court from Attorney Intending to Present Argument (Form 72)